UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § | |
| | § | CASE NO:  4:11-cv-03307 |
| Plaintiff, | § | |
| | § | Judge Keith P. Ellison |
| v. | § | |
| | § | |
| T3 ENERGY SERVICES, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO STAY CASE PENDING MERGER

Plaintiff National Oilwell Varco, L.P. ("NOV") and Defendant T3 Energy Services, Inc. ("T3") jointly move this Court to stay this case pending closing of the merger between NOV and Robbins & Myers, Inc. ("R&M"), the parent of T3.  The merger was announced today, August 9, 2012.  *Ex. 1*.

NOV and R&M have entered into an agreement under which NOV will acquire R&M for $2.5 billion in cash.  *Ex. 1*.  The boards of directors of both companies have unanimously approved the transaction, and the Presidents/CEOs of both companies support the transaction.  *Id.*  Closing is expected to occur in the fourth quarter of 2012, once all closing requirements, such as shareholder approvals, have been satisfied.  *Id.*  Given that the expected acquisition likely will end this dispute, it makes little sense for the parties and this Court to continue investing resources into this case in the interim.

Therefore, this Court should stay this case pending the closing of the merger.  If the merger fails to close and the parties decide to resume litigation, they will inform this Court promptly and request a new scheduling order from the Court setting forth new case deadlines.

369075.2

DATED:  August 9, 2012	Respectfully submitted,

Smyser Kaplan & Veselka, L.L.P.

   */s/ Lee L. Kaplan*
Lee L. Kaplan
Attorney-in-Charge
Texas Bar No. 11094400
Southern District of Texas ID No. 1840
Jeff Potts
Texas Bar No. 00784781
Southern District of Texas ID No. 16804
700 Louisiana Street, Suite 2300
Houston, Texas 77002-2700
713-221-2300 (phone)
713-221-2320 (facsimile)
lkaplan@skv.com
jpotts@skv.com

and

Gordon T. Arnold
Texas Bar No. 01342410
Southern District of Texas ID No. 12483
Arnold & Knobloch, L.L.P.
4900 Woodway, Suite 900
Houston, TX 77056
713-972-1649
713-972-1180 (facsimile)

ATTORNEYS FOR DEFENDANT
T3 ENERGY SERVICES, INC.


   /s/ *J. Mike Amerson*
Danny L. Williams
Lead Attorney
State Bar No. 21518050
Southern District of Texas No. 406
J. Mike Amerson
State Bar No. 01150025
Southern District of Texas No. 12480
Matt Rodgers
Texas State Bar No. 24041802
Southern District of Texas No. 37378

2

        Jeffrey Allen Pfeifer
        Texas State Bar No. 00789964
        Southern District of Texas No. 777355
        David K. Wooten
        State Bar No. 24033477
        Southern District of Texas No. 30375
        Leisa Talbert Peschel
        State Bar No. 24060414
        Southern District of Texas No. 882947
        Williams, Morgan & Amerson, P.C.
        10333 Richmond Avenue, #1100
        Houston, Texas 77042
        Telephone: (713) 934-7000
        Facsimile: (713) 934-7011
        E-Mail: danny@wmalaw.com
        E-Mail: mike@wmalaw.com
        Email: mrodgers@wmalaw.com
        Email: jpfeifer@wmalaw.com
        Email: dwooten@wmalaw.com
        Email: lpeschel@wmalaw.com

        ATTORNEYS FOR PLAINTIFF
        NATIONAL OILWELL VARCO, L.P.

## CERTIFICATE OF CONFERENCE

I certify that on August 9, 2012, I conferred by e-mail with J. Mike Amerson, counsel for NOV, and Mr. Amerson confirmed that NOV is agreed to this Motion.

        /s/ *Jeff Potts*
        Jeff Potts