UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., § | |
| § | CASE NO: 4:11-cv-03307 |
| Plaintiff, § | |
| § | Judge Keith P. Ellison |
| v. § | |
| § | |
| T3 ENERGY SERVICES, INC. § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |

## ORDER GRANTING AGREED MOTION TO STAY CASE PENDING MERGER

Before the Court is the parties' Agreed Motion to Stay Case Pending Merger. In light of the arguments presented therein and the parties' agreement, and having applied the governing law to the relevant facts, the Court orders as follows:

- The Motion is GRANTED.
- This case is hereby STAYED pending further order of this Court.
- All case deadlines set forth in the Court's scheduling order are hereby cancelled.
- The parties are hereby ORDERED to file a status report with the Court upon the closing, or the failure of closing, of the merger between Plaintiff National Oilwell Varco, Inc. and Robbins & Myers, Inc.

IT IS SO ORDERED.

Date: August 10, 2012

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

369075.2