UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| National Oilwell Varco, L.P., | |
| Plaintiff, | |
| | Civil Action No. 11-3307 |
| v. | |
| T3 Energy Services, Inc., | JURY DEMANDED |
| Defendant. | |

## JOINT MOTION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff National Oilwell Varco. ("NOV") and defendant T3 Energy Services ("T3") and by their attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), NOV's claims against T3 in the above-captioned action be, and they hereby are, dismissed without prejudice. The merger between NOV and Robbins & Myer, Inc. ("R&M") the parent company of T3 announced on August 9, 2012 was successful thus ending the dispute between NOV and T3.

| | |
|---|---|
| Dated: February 25, 2013 | Respectfully submitted, |

By: */s/ Lee S. Kaplan*  
Lee L. Kaplan  
Attorney-in-Charge  
Texas Bar No. 11094400  
Southern District of Texas ID No. 1840  
Jeff Potts  
Texas Bar No. 00784781  
Southern District of Texas ID No. 16804  
**Smyser Kaplan & Veselka, L.L.P.**  
700 Louisiana Street, Suite 2300  
Houston, Texas 77002-2700  
713-221-2300 (phone)  
713-221-2320 (facsimile)  
lkaplan@skv.com  
jpotts@skv.com  

and  

Gordon T. Arnold  
Texas Bar No. 01342410  
Southern District of Texas ID No. 12483  
Arnold & Knobloch, L.L.P.  
4900 Woodway, Suite 900  
Houston, TX 77056  
713-972-1649  
713-972-1180 (facsimile)  

**ATTORNEYS FOR DEFENDANT**  
**T3 ENERGY SERVICES, INC.**

By: */s/ Danny L. Williams*  
Danny L. Williams  
Lead Attorney  
State Bar No. 21518050  
Southern District of Texas No. 406  
J. Mike Amerson  
State Bar No. 01150025  
Southern District of Texas No. 12480  
Matt Rodgers  
Texas State Bar No. 24041802  
Southern District of Texas No. 37378  
Jeffrey Allen Pfeifer  
Texas State Bar No. 00789964  
Southern District of Texas No. 777355  
David K. Wooten  
State Bar No. 24033477  
Southern District of Texas No. 30375  
Leisa Talbert Peschel  
State Bar No. 24060414  
Southern District of Texas No. 882947  
**WILLIAMS, MORGAN & AMERSON, P.C.**  
10333 Richmond Avenue, #1100  
Houston, Texas 77042  
Telephone:  (713) 934-7000  
Facsimile:   (713) 934-7011  
E-Mail:  danny@wmalaw.com  
E-Mail:  mike@wmalaw.com  
Email: mrodgers@wmalaw.com  
Email: jpfeifer@wmalaw.com  
Email: dwooten@wmalaw.com  
Email: lpeschel@wmalaw.com  

**ATTORNEYS FOR PLAINTIFF**  
**NATIONAL OILWELL VARCO, L.P**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this $25^{nd}$ day of February, 2013.

                                                   /s/ Riny Pieternelle
                                                 Litigation Paralegal