United States District Court
Southern District of Texas
FILED

FEB 2 5 2013

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| National Oilwell Varco, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>T3 Energy Services, Inc.,<br><br>Defendant. | Civil Action No. 11-3307<br><br>JURY DEMANDED |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL

The parties Joint Motion to Dismiss case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) shall be, and hereby is, GRANTED. All claims asserted by and between Plaintiff National Oilwell Varco LLP and Defendant T3 Energy Services, Inc., in this action are hereby DISMISSED WITHOUT PREJUDICE.

Dated: February 25, 2013

_____
UNITED STATES DISTRICT JUDGE
Keith P. Ellison